**IN UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| LONZA WALKERSVILLE, INC.<br><br>Plaintiff,<br><br>v.<br><br>CELLULAR DYNAMICS INTERNATIONAL, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No.__________<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF LONZA WALKERSVILLE, INC.'S**
**CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

Plaintiff Lonza Walkersville, Inc. hereby submits its Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure as follows:

1. Lonza Walkersville, Inc. is not a publicly traded corporation and Lonza Walkersville, Inc. is a wholly owned subsidiary of Lonza America, Inc., which is in turn a wholly owned subsidiary of Lonza Group AG.

2. Lonza Group AG is a publicly traded corporation, and no parent company or publicly traded corporation owns 10% or more of Lonza Group AG's stock.

*/s/ Travis S. Hunter*

*OF COUNSEL:*

Anne Elise Herold Li
James K. Stronski
Preetha Chakrabarti
CROWELL & MORING LLP
590 Madison Avenue, 20th fl.
New York, NY 10022
Phone: (212) 223-4000
Fax: (212) 223-4134
Email: ali@crowell.com;
jstronski@crowell.com;
pchakrabarti@crowell.com

Chad M. Shandler (#3796)
Travis S. Hunter (#5350)
RICHARDS, LAYTON & FINGER LLP
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: 302-651-7836
Facsimile: 302-498-7836
shandler@rlf.com
hunter@rlf.com

Dated: December 22, 2016

*Attorneys for Plaintiff, Lonza Walkersville, Inc.*